THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRAJ M. PAYDAR, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendant. | CASE NO. C22-0817-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion (Dkt No. 10) for an extension of time to answer Plaintiff's Complaint. The Court, having reviewed the motion and relevant record, and finding good cause, hereby GRANTS the motion (Dkt. No. 10). The deadline for Defendant to respond to Plaintiff's Complaint is extended to August 26, 2022.

DATED this 8th day of July 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C22-0817-JCC
PAGE - 1